460 A.2d 864

Commonwealth v. Heavner, Appellant.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.